**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**STATESVILLE DIVISION**
**CIVIL ACTION NO. 5:24-CV-00127-KDB-DCK**

| | |
|---|---|
| **ANWAR A. AALAAM,** | |
| **Plaintiff,** | |
| **v.** | **ORDER** |
| **MOVEMENT MORTGAGE, LLC,** | |
| **Defendant.** | |

    **THIS MATTER** is before the Court on Plaintiff's Renewed Motion for Reconsideration (Doc. No. 19). For the reasons stated in ruling on the initial motion and motion for reconsideration, (Doc. Nos. 15, 18), the motion is **DENIED**. This action is concluded – further filings raising the same issues and arguments are not permitted.

    **SO ORDERED ADJUDGED AND DECREED**.

Signed: September 11, 2024

Kenneth D. Bell
United States District Judge